Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 126858

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reed Timmer,<br><br>    Plaintiff,<br><br>    v.<br><br>Piolin Productions, Inc,<br><br>    Defendant. | **Case No. 2:23-cv-04545-SPG-BFM** |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//
//
//
//
//
//



1  DATED: June 26, 2023

2  **SANDERS LAW GROUP**

3  By:   */s/ Craig Sanders*
Craig Sanders, Esq.
4  333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
5  Tel: (516) 203-7600
Email: csanders@sanderslaw.group
6  File No.: 126858

7  *Attorneys for Plaintiff*